ERVIN v. STATE. (No. 4482.) (Court of Criminal Appeals of Texas. June 6, 1917.) Appeal from District Court, Lubbock County; W. R. Spencer, Judge. J. C. Ervin was convicted of aggravated assault and battery, and appeals. Affirmed. J. E. Vickers, of Lubbock, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of an aggravated assault and battery under an indictment charging assault to murder, and his punishment assessed at a fine of $600 and 12 months' imprisonment in the county jail. The motion for new trial alleges that the evidence is not sufficient to support the verdict of the jury and the judgment of the court thereon. It also alleges error in refusing to give certain instructions, as well as error in the charge given by the court. The charge as given is predicated upon a state of facts which could be proved under the allegations in the indictment. The evidence not being before us, we are unable to review the questions, and the judgment will be affirmed.

HARROLD v. STATE. (No. 4555.) (Court of Criminal Appeals of Texas. June 27, 1917.) Appeal from District Court, Harrison County; P. O. Beard, Judge. Joe Harrold was convicted of burglary, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary. The record is before us, without a statement of facts or bill of exceptions. In this record there is nothing to be reviewed or intelligently discussed. The judgment will be affirmed.

HENDERSON v. STATE. (No. 4558.) (Court of Criminal Appeals of Texas. June 27, 1917.) Appeal from District Court, Harrison County; P. O. Beard, Judge. Hale Henderson was convicted of murder, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant's conviction was for murder; punishment being assessed at confinement for ten years in the penitentiary. Motion for new trial contains quite a number of grounds, complaining of alleged errors of the court with reference to charges and refusal to give requested instructions, and also a refusal of the court to grant a continuance; also complaining that the evidence is not sufficient to support the conviction. None of these matters can be reviewed, in the absence of a statement of facts and bill of exceptions. The exceptions to the charge as given by the court cannot be revised, or intelligently discussed even, without a statement of facts. The court's charge may have been sufficient under the evidence, viewed in the light of the allegations and indictment. Under the condition of the record, this judgment will be affirmed.

JACKSON v. STATE. (No. 4532.) (Court of Criminal Appeals of Texas. June 20, 1917.) Appeal from Bexar County Court; Nelson Lytle, Judge. E. J. Jackson was convicted of unlawfully carrying a pistol, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Prosecution is upon a sufficient complaint and information charging unlawfully carrying a pistol. There are no bills of exception or statement of facts in the record.

and no error otherwise disclosed. The judgment of the lower court is therefore affirmed.